**Not for Publication**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal Action No.: 12-298 (ES) |
| v. | |
| **FARAD ROLAND,** | **ORDER** |
| Defendant. | |

**SALAS, DISTRICT JUDGE**

The Court having reviewed the Government's April 1, 2016 submission, (D.E. No. 184),

IT IS on this 1st day of April 2016,

**ORDERED** that Defendant shall file a response no later than April 4, 2016 at 12:00 p.m.; and it is further

**ORDERED** that all Counsel shall be prepared to address the issues raised by the Government's April 1 submission, (D.E. No. 184), immediately following the April 4 motion hearing.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**